**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>RAMON ELIAS-MENJIVAR,<br><br>                          Defendant. | Case No.: 18mj20922-KSC-MMA<br><br>**ORDER AFFIRMING JUDGMENT** |

    Defendant Ramon Elias-Menjivar appeals the judgment entered following his guilty plea conviction of misdemeanor illegal entry, in violation of 8 U.S.C. § 1325.[1] Elias-Menjivar challenges the constitutionality of his criminal proceedings under the Due Process and Equal Protection Clauses of the Fifth Amendment. The grounds for Elias-Menjivar's challenge have been uniformly rejected by other courts in this District. *See United States v. Mouret-Romero*, No. 18MJ22829-WQH, 2019 WL 1166951 (S.D. Cal. Mar. 13, 2019); *United States v. Rivas-Villarreal*, No. 18-MJ-20112-KSC-H-1, 2019 WL 937876 (S.D. Cal. Feb. 26, 2019); *United States v. Soto-Felix*, No. 18-MJ-20617-CEA-H-1, 2019 WL 848758 (S.D. Cal. Feb. 21, 2019); *United States v. Mazariegos-Ramirez*, No. 18MJ22276-WQH, 2019 WL 338923 (S.D. Cal. Jan. 28, 2019); *United States v. Oscar*

---

[1] The Court has jurisdiction over this appeal pursuant to 18 U.S.C. § 3402.

*Chavez-Diaz*, No. 18MJ20098-KSC-AJB, Doc. No. 29; *United States v. Miguel Jimenez-Ruiz*, No. 18MJ20457-BLM-GPC, Doc. No. 18.  This Court adopts the reasoning of those decisions and likewise concludes that the adjudication of Elias-Menjivar's criminal proceedings through a dedicated 1325 misdemeanor calendar did not violate his constitutional rights.

Accordingly, the Court **AFFIRMS** the judgment.

**IT IS SO ORDERED**.

DATE: March 29, 2019

HON. MICHAEL M. ANELLO
United States District Judge